UNITED STATES of America,
Plaintiff–Appellee,

v.

Fernando Antonio BONILLA,
Defendant–Appellant.

No. 04–50005.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 13, 2004.

Diane D. Kirstein, Joseph H. Gay, Assistant U.S. Attorney, U.S. Attorneys Office, San Antonio, TX, for Plaintiff–Appellee.

Felipe Andres, Law Office of Phil. Martinez, Waco, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

Fernando Antonio Bonilla appeals his sentence for his conviction for illegal reentry following deportation in violation of 8 U.S.C. § 1326.

Bonilla contends that the district court erred when it increased his offense level by 16 levels because his deferred adjudication for the Texas offense of injury to a child was not a final felony conviction for purposes of U.S.S.G. § 2L1.2(b)(1)(A).

A Texas deferred adjudication may be counted as a felony conviction under U.S.S.G. § 2L1.2(b)(1). *United States v.*

---

*Valdez–Valdez*, 143 F.3d 196, 203 (5th Cir. 1998). Bonilla's attempt to distinguish his case from *Valdez–Valdez* is unavailing. The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.